# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135699

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                     SC: 135699
                                                      COA: 272086
                                                      Presque Isle CC: 05-092277-FH
JAMES R. MARTINDALE,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the November 29, 2007
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008                          _____

d0317                                              Clerk